The Bank of America et al., as Trustees, Respondents, *v.* Joseph Buehler, Appellant, and Joseph Buehler, Jr., et al., Respondents.

(Argued October 10, 1928; decided October 26, 1928.)

*Edward M. Grout, Charles B. La Voe* and *Paul Grout* for appellant.

*E. Crosby Kindleberger* and *Arthur O. Townsend* for plaintiffs-respondents.

*Cornelius J. Smyth* for Olive M. Buehler et al., defendants-respondents.

*Edward S. Malone* for Joseph Buehler, Jr., et al., defendants-respondents.

no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman, Kellogg and O'Brien, JJ.